Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
27, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00577-CV

____________

 

IN RE LUCIUS RANDOLPH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
30, 2006, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable James P. Dixon, presiding
judge of the Grimes County Court, to set aside a protective order entered on
April 5, 2006, in cause number 3623.

Relator
has not established that he is entitled to mandamus relief.  See Tex. R. App. P. 52.3.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 27, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.